UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jack Leal,<br><br>                              Petitioner<br><br>v.<br><br>William Hutchings, et al.,<br><br>                              Respondents | Case No. 2:21-cv-00595-JAD-VCF<br><br>**Order Granting Respondents'<br>Motion To Seal**<br><br>[ECF No. 22] |

Respondents seek leave to file under seal one document within the index, Petitioner's Presentence Investigation Report (PSI), attached to the Motion to Dismiss.[1] Under Nevada law, the PSI is "confidential and must not be made a part of any public record."[2]

Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*,[3] and its progeny, I find that a compelling need to protect petitioner's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records. Accordingly, Respondents' motion is granted, and Exhibit 9 is considered properly filed under seal.

IT IS THEREFORE ORDERED that Respondents' Motion to Seal **[ECF No. 22] is GRANTED. The Clerk of Court is directed to MAINTAIN THE SEAL on Exhibit 9.**

_____
U.S. District Judge Jennifer A. Dorsey
January 19, 2022

---

[1] Exhibit 9 to ECF No. 11, Petitioner's Presentence Investigation Report (PSI) (ECF No. 23), dated July 14, 2017.

[2] Nev. Rev. Stat. § 176.156(5).

[3] 447 F.3d 1172 (9th Cir. 2006).