UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jack Leal, | Case No.: 2:21-cv-00595-JAD-VCF |
| Petitioner | |
| v. | **Order Dismissing Unexhausted Claim and Setting Briefing Schedule** |
| William Hutchings, et. al., | [ECF No. 30] |
| Respondents | |

Nevada state inmate Jack Leal brings his *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254 to challenge his 2017 state court conviction, pursuant to a guilty plea, of multiple transactions involving fraud or deceit in the course of an enterprise and occupation.[1] On May 4, 2022, I granted in part respondents' motion to dismiss, dismissing Ground 2 in part under *Tollett v. Henderson*, 411 U.S. 258 (1973), finding that Ground 4 was unexhausted, and instructing Leal to choose one of three options for proceeding in this case.[2] Leal filed a declaration indicating his desire to abandon Ground 4 and proceed on the exhausted grounds.[3]

Accordingly, IT IS THEREFORE ORDERED that

1.  Petitioner Jack Leal's request to voluntarily dismiss Ground 4 is **GRANTED**. Ground 4 is **DISMISSED without prejudice** as unexhausted.

2.  Respondents have 60 days from the date of this order to answer Leal's remaining claims for relief.

---

[1] ECF Nos. 8; 12-12.
[2] ECF No. 29.
[3] ECF No. 30.

3. In the answer, respondents must specifically cite to and address the applicable state court written decision and state court record materials, if any, regarding each claim within the response as to that claim.

4. Petitioner will have 60 days from the date of service of the answer to file a reply.

5. Any additional instructions stated in the August 25, 2021, scheduling order remain in effect.[4]

_____
U.S. District Judge Jennifer A. Dorsey
May 23, 2022

---

[4] ECF No. 7.