# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Jack Leal,

    Petitioner

v.

William Hutchings, et. al.,

    Respondents

Case No.: 2:21-cv-00595-JAD-VCF

**Order Granting Motion for Extension of Time**

**[ECF No. 32]**

    Respondents bring a motion to extend the time to file an answer to the remaining claims in Petitioner Jack Leal's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.[1]  This is Respondents' first request for an extension.  So, with good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 32] is GRANTED**.  Respondents have **until September 6, 2022, to file an answer to the petition.**

                                                                       _____
                                                                      U.S. District Judge Jennifer A. Dorsey
                                                                                          July 21, 2022

---

[1] ECF No. 32.